# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

IN RE:  OTIS PERRY JR
       CANDACE C MURRAY PERRY        Case No. 23-10735-BFK
                Debtor(s)        Chapter 13
                              *
                              *
                              *

## APPLICATION FOR COMPENSATION

Counsel Joseph M. Goldberg applies for compensation pursuant to Rule 2016-1 and for reasons therefore states:

1.  That debtor(s) retained counsel on March 27, 2023, to represent them in their Chapter 13 petition.  Counsel's rate of compensation at that time was $300.00 per hour.

2.  That counsel has performed the services detailed in the attached certification.

3.  That the total amount of services is $ 9,150.00 being 30.5 hours at $ 300.00 per hour.   Counsel's original fee was $ 4,000.00, leaving a balance of $ 5,150.00.    In addition there are costs of $ 37.50.

WHEREFORE, counsel prays for an Order awarding additional attorney's fees of $ 5,150.00 and costs of $ 37.50 which will be paid outside the Chapter 13 Plan.

                                                      Respectfully submitted,

                                                      /s/Joseph M. Goldberg
                                                      Joseph M. Goldberg #20814
                                                      10512 Pohick Ct
                                                      Fairfax Station, VA 22039
                                                      (703) 577-0169
                                                      jmg@josephmgoldberg.com

# CERTIFICATE OF COUNSEL

| DATE | SERVICE RENDERED | TIME |
|---|---|---|
| 3/27/23 | Initial meeting with clients; review documents re home and income; get info to prepare petition, schedules, and statements; prepare preliminary budget; discuss requirements for chapter 13 | 3.5 hrs |
| 3/28/23 | Review docs to prepare Means Test | 1.2 hrs |
| 3/29/23 | Prepare petition, schedules, statements, and Means Test | 1.4hrs |
| 4/1/23 | Discussion w clients re jewelry, update pay stubs, complete Means Test | 0.8 hrs |
| 4/6/23 | Meet clients, update info; discussion re jewelry, cars, and accts | 0.7hrs |
| 4/7/23 | Review updated docs, revise schedules | 0.5hrs |
| 4/10/23 | Discussion w clients; revisions to schedules and Means Test | 0.2hrs |
| 4/26/23 | Meet client; review, revise and update information; discussion re security clearances | 1.3 hrs |
| 4/27/23 | Make changes to petition and Means Test | 0.5 hrs |
| 4/28/23 | Revisions to jewelry and bank accts; compute Liquidation Test; discussion w clients re deductions | 0.7hrs |
| 5/1/23 | Meet clients; review, revise and sign petition and Means Test | 1.4hrs |

| Date | Description | Time |
|---|---|---|
| 5/2/23 | Discussion with clients; file full petition and Means Test; prepare initial draft of Chapter 13 plan | 0.6hrs |
| 5/3/23 | Discussion w clients, revise plan | 0.3hrs |
| 5/4/23 | Meet client, review, sign, and file plan; letter to clients | 0.5hrs |
| 5/8/123 | Review for 341 meeting, letter to trustee w documents | 1.6hrs |
| 6/1/23 | Conference call w clients and Navy Fed to resolve issues w pledged acct; prepare amended plan and schedules | 1.2hrs |
| 6/2/23 | Meet clients, discuss changes; review Sign, and file amended plan and schedules | 0.8hrs |
| 6/3/23 | Emails to trustee and clients re amended plan and schedules | 0.4hrs |
| 6/5/23 | Emails w trustee and discussion w clients and amended plan ad 341 meeting | 0.6hrs |
| 6/6/23 | 341 meeting and discussion w clients | 0.5hrs |
| 6/13/23 | Meeting w clients to get docs for trustee | 0.5hrs |
| 6/14/23 | Review docs for trustee | 0.5hrs |
| 6/15/23 | Emails w trustee re sale of Howitzer Lane property | 0.4hrs |
| 6/19/23 | Review bank statements | 2.3hrs |
| 6/20/23 | Continued 341 meeting, discussion w clients | 1.5hrs |

| Date | Description | Hours |
|---|---|---|
| 6/21/23 | Emails w clients re amended plan | 0.3hrs |
| 6/26/23 | Letter to Chandlers re corrected address; email amended plan | 0.3hrs |
| 6/29/23 | Conference call w clients and Ms. Cortez (Navy Fed) resolving matters w pledged loan | 0.4hrs |
| 7/17/23 | Meet clients, discussion re 2d amended plan | 0.4hrs |
| 7/18/23 | Draft 2d amended plan; meet clients, review, sign, and file 2d amended plan; notify trustee | 0.9hrs |
| 9/14/23 | Discussion w clients, emails w trustee and clients re plan payments | 0.4hrs |
| 9/18/23 | Discussion w clients and email to trustee confirming receipt of plan payment | 0.1hrs |
| 9/21/23 | Email to client re plan confirmation | 0.2hrs |
| 10/4/23 | Discussion w clients and email to trustee re wage directive | 0.1hrs |
| 12/4/23 | Discussion w Candace re security clearances; outline proposed letter | 0.5hrs |
| 12/7/23 | Prepare proposed letter addressing security clearance issues; email to clients | 2.0hrs |
| 12/8/23 | Discussions w and emails w clients to finalize revisions for security clearance letter | 0.6hrs |

| | | | |
|---|---|---|---|
| 12/15/23 | Discussion w and email to Ms. Sandoval re security clearance issues related to Chapter 13 filing | | 0.4hrs |
| 12/18/23 | Discussion w Ms. Sandoval re security clearance issue | | 0.1hrs |
| | | **Total** | 30.5 hours |
| | | **Rate** | $ 300.00/hr |
| | | **Total** | $ 9,150.00 |
| | | **Original Fee** | $ 4,000.00 |
| | | **Additional Fee** | $ 5,150.00 |

## COSTS

| | | |
|---|---|---|
| 6/2/23 | Postage for amended plan – 15 copies @ .65/copy | $ 9.75 |
| 6/2/223 | Copying costs - 15 copies, 6 pages each (double sided) at .10/page | $ 9.00 |
| 7/18/23 | Postage for amended plan – 15 copies @ .65/copy | $ 9.75 |
| 7/18/23 | Copying costs – 15 copies, 6 pages each (double sided) at .10/ page | $ 9.00 |
| | Total | $ 37.50 |

I, Joseph M. Goldberg, certify that the foregoing Certificate of Counsel is correct and accurate to the best of my knowledge, information, and belief. No fees were charged for the preparation of this application.

Date: 2/14/23                                                    /s/Joseph M. Goldberg
                                                                 Joseph M. Goldberg