(Page 1 of 2)

**NAVY FEDERAL Credit Union**

## Promissory Note, Security Agreement, and Disclosure

This document includes a Promissory Note, a Security Agreement, and a Truth-in-Lending Disclosure. Please read everything carefully. There are additional terms and conditions on the reverse side. You are bound by those terms and conditions as well as those on this side. Navy Federal Credit Union is identified in this document as "Navy Federal", and the Borrower (Member)/Co-Borrower and any GUARANTOR will be identified as "Borrower". **Do not alter this document.** Notify us if a change is necessary. Verify all completed spaces. Complete signatures where indicated with a ▶ below.

Borrower's Name and Address

Date: 10/11/22

Loan No. ████████2-51

CANDACE C MURRAY PERRY
5123 CANNON BLUFF DR
WOODBRIDGE VA 22192-5742

Purpose of Loan: SHARE SAVINGS PLEDGE     Check/Draft-Office Use Only

| Old Loan Balance(s) (if any) | Interest and Other Fees on Old Loan Balance(s) | Cash to Borrower | Amount Financed |
|---|---|---|---|
| $ 0.00 + | $ 0.00 + | $ 100,000.00 = | $ 100,000.00 |

### Truth-in-Lending Disclosure

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments |
|---|---|---|---|
| 2.250 % | $ 5,837.26 | 100,000.00 | $ 105,837.26 |
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 59 | $ 1,763.96 | Monthly, beginning 11/13/22 |
| 1 | $ 1,763.62 | Final Payment 10/13/27 |

**Security:** You are pledging a security interest in the collateral described below:

| Make and Year | Collateral Description | Serial Number |
|---|---|---|
| | | |

Other: Shares and dividends in accordance with Section 107(11) of the Federal Credit Union Act.
SHARES $100,000.00 ON #0000003177715806
**The APR does not take into account your required deposit**

**Prepayment:** If you pay off early, you will not have to pay a penalty. You must pay all accrued unpaid interest and other charges and fees due before a payment is applied to the loan's principal balance.

**Payment Application:** Payments are applied first to accrued interest, then to principal.

**Late Payment:** You will be charged a $ .21 late fee for every month in which any amount due is not received by the payment due date. An assessed late fee is added to the principal balance of the loan if the past due amount, regular monthly payment, and late fee is not paid by the statement due date. Once added to the principal, interest will accrue on the fee.

See the Promissory Note and Security Agreement on the reverse side for information concerning prepayment and default.

DLO 2022-10-12-14.32.08.356635

Borrower Selecting Coverage _____ Initials

| | | Protection Selected | Protection Declined | |
|---|---|---|---|---|
| Guaranteed Asset Protection Fee - New Vehicle $ 399.00 | ☐ | | | ☒ Not Eligible |
| Guaranteed Asset Protection Fee - Used Vehicle $ 399.00 | ☐ | | | ☒ Not Eligible |

The total amount of fees you will pay if voluntary Guaranteed Asset Protection is selected.
When the GAP fee is added to the amount financed, it will accrue interest, which increases the cost.
I/We understand that I/we can cancel Guaranteed Asset Protection within 60 days by contacting Navy Federal Credit Union.

**Returned Loan Payment Fee:** You will be charged a $29.00 fee to your savings account if your payment is returned unpaid. I/We certify that all information provided by me/us is true and complete (Section 1014, Title 18, U.S. Code makes it a federal crime to knowingly make a false statement or report in the application for the purpose of influencing a Federal Credit Union).

Borrower (Member)     _Candace C Murray-Perry_     (Seal)
CANDACE C MURRAY PERRY

If Guarantor, I confirm as Guarantor that I have read and fully understand the provisions of the attached Notice to Co-signer (Guarantor). While I will not share in the loan proceeds, I acknowledge that I am obligated to repay the loan.

Co-Borrower (Member) or Guarantor (Non-member)     ▶ _____     (Seal)

By signing this note as Owner of Collateral (Other than Borrower), I agree that my ownership interest in the collateral is subject to the Security Agreement only. I am not bound to pay the loan.

Owner of Collateral (Other than Borrower)     ▶ _____     (Seal)

Notice: See other side for additional disclosures and Security Agreement.

© 2021 Navy Federal NFCU 23L (12-21)