**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

**OTIS PERRY, JR.**
**And CANDACE PERRY**                                          23-10735-BFK

  Debtors.                                                     Chapter No. 13

**NAVY FEDERAL CREDIT UNION,**

  Plaintiff,

v.

**OTIS PERRY, JR.**
**And CANDACE PERRY**
**And, THOMAS GORMAN, Trustee,**

  Defendants.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of Navy Federal Credit Union("Plaintiff") to modify the automatic stay, it is:

**ORDERED** that the automatic stay imposed by 11 U.S.C § 362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement apply the entirety of funds in pledged savings account ending in #5806 on deposit in accordance with the terms of the confirmed plan and the underlying security agreement and promissory note.

DONE in Alexandria, Virginia on Jul 9 2025_____.

                                                    /s/ Brian F Kenney
                                                    _____
                                                    Brian Kenney, Judge
                                                    United States Bankruptcy Court
                                                    Eastern District of Virginia

                                                    Entered On Docket:Jul 9 2025

**Anastasia Kezman, Esq.**
**VSB #33325**
**Deborah Kirkpatrick, P.C.**
**Post Office Box 10275**
**Virginia Beach, VA 23450-0275**
**Ph: (757) 343-3869**
**Anastasiak9@icloud.com**
**Counsel for Navy Federal Credit Union**

I ask this:

/s/ Anastasia P. Kezman
Anastasia P. Kezman, Esq.
Counsel for Navy Federal Credit Union

Seen and Agreed:

/s/ Daniel Press
Daniel Press, Counsel for the Debtor

Seen:

/s/ Thomas Gorman
Thomas Gorman, Chapter 13 trustee

Copy to:

Anastasia P. Kezman, Esq.
Counsel for Navy Federal Credit Union
P.O. Box 10275
Virginia Beach, VA 23450-0275

Daniel M. Press, Debtors' counsel
6718 Whittier Ave., Suite 200
McLean, VA 22101

Thomas Gorman, Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314

Otis and Candace Perry,
5123 Cannon Bluff Dr.
Woodbridge, VA 22192

**CERTIFICATION**

    The undersigned certifies that the foregoing Order Granting Relief From Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made except signature lines have been added, and the undersigned hereby certifies that the foregoing order has been served on all necessary parties pursuant to Bankruptcy Rule 9022, who are as follows: electronic service via CM/ECF to Debtors' counsel, Daniel Press, Esq. and to chapter 13 trustee, Thomas Gorman, and service by first class mail, postage pre-paid to the Debtors at 5123 Cannon Bluff Dr., Woodbridge, VA 22192.

                                            /s/ Anastasia Kezman
                                            Attorney for Movant