**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
-------------------------------------------------------------X
In re:                                          :     Chapter 13
                                                :
Otis Perry, Jr. and                             :     Case No.  23-10735-BFK
 Candace C Murray-Perry                         :
        Debtors.                                :
                                                :
                                                :
-------------------------------------------------------------X
```

## CONSENT MOTION FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS

NOW COME the Debtors, through counsel, and respectfully request that the Court enter an Order authorizing and directing the Trustee to turn over a mortgage escrow overpayment refund to the Debtors. In support hereof Debtors state as follows:

1. The confirmed Plan in this case provides for 100% payment to creditors. Payments are $3115/month for 58 months (after $8040 previously paid). The plan provides for two mortgages to be paid directly by the Debtors, with arrears cured by the Trustee.

2. Pursuant to the Trustee's interim report, the Debtors have paid $119,271.83 into the plan (Exhibit A). That is well ahead of schedule – they are currently due to have paid only $92,145.

3. Included in that total paid is a check for $6658.34 from Debtors' mortgage lender, refunding an escrow overpayment (Exhibit B – letter to Trustee). That overpayment came from Debtors' post-petition earnings (through larger than required mortgage payments), and should have been refunded directly to Debtors.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

4. Even without that payment, Debtors are over $20,000 ahead of schedule on their plan payments to the Trustee.

5. Both Debtors are federal employees, so they are currently not being paid due to the government shutdown. Without this money, Debtors will be unable to make their mortgage payments, as required by their Plan and their mortgage notes.

6. As such, not only are Debtors entitled to have this money refunded, they have a particular need for it at this time.

7. By his signature on the Consent Order filed and uploaded concurrently herewith, the Trustee consents to the relief requested herein.

WHEREFORE, Debtors respectfully request that the Trustee be directed to turn over the $6658.34 escrow overpayment refund to the Debtors.

Dated: November 4, 2025

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERTIFICATE OF SERVICE**

    This is to certify that on this 4th day of November, 2025, I caused to be served the foregoing Motion on the Chapter 13 Trustee and all parties requesting notice by CM/ECF.

                                                     /s/ Daniel M. Press
                                                    Daniel M. Press