**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

------------------------------------------------------------X
In re:                                                                           :       Chapter 13
                                                                                      :
Otis Perry, Jr. and                                                      :       Case No.  23-10735-BFK
  Candace C Murray-Perry                                       :
              Debtors.                                                      :
                                                                                      :
------------------------------------------------------------X

**CONSENT ORDER FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS**

Upon consideration of the Debtors' Motion for an Order authorizing and directing the Trustee to turn over a mortgage escrow overpayment refund to the Debtors, and the consent of the Trustee thereto, it is hereby ORDERED that the Trustee shall turn over the $6658.34 escrow overpayment refund to the Debtors.


I ASK FOR THIS:


  /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtors

SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman_____
Trustee



Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

2

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                      /s/Daniel M. Press
                                                     Daniel M. Press

Copies by CM/ECF only to:

Counsel for Debtors
Chapter 13 Trustee