

Hello, ATTYDMP!    Log off    Contact Epiq

Open printable view

# Thomas P. Gorman

## INTERIM STATEMENT AS OF 11/04/2025

| | | | |
|---|---|---|---|
| CASE NO: 23-10735-BFK | | DEBTOR | J DEBTOR: CANDACE C MURRAY-PERRY |
| STATUS: ACTIVE | | OTIS PERRY JR. | |
| | | AKA: | |
| DATE FILED: | 5/2/2023 | | |
| CONFIRMED: | 9/20/2023 | | |
| MODIFIED: | | | |
| BAR DATE: | 7/11/2023 | Non-Government | |
| | 10/30/2023 | Government | |
| PERCENTAGE: | 100.00 | | |
| PLAN: | 60 | EMPLOYER: U.S. DEPARTMENT OF STATE | |
| 1st PAYMENT DUE: | 06/01/2023 | J EMPLOYER: | |
| ON SCHEDULE: | 92,145.00 | | ATTORNEY: DANIEL M. PRESS, ESQUIRE |
| ACTUAL PAYMENTS: | 119,271.83 | | |
| AMOUNT BEHIND: | Contact Trustee | | |
| SCHEDULE: | | 3,115.00 MONTHLY | |
| TOTAL PAID: | | 119,271.83 | |

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/20/2025 | MTG ESCROW RFND | 6,658.34 |
| 10/20/2025 | ALLOT | 1,437.69 |
| 10/06/2025 | ALLOT | 1,437.69 |
| 09/22/2025 | ALLOT | 1,437.69 |
| 09/08/2025 | ALLOT | 1,437.69 |
| 08/25/2025 | ALLOT | 1,437.69 |
| 08/11/2025 | ALLOT | 1,437.69 |
| 07/28/2025 | ALLOT | 1,437.69 |

| Date | Description | Amount |
|---|---|---|
| 07/14/2025 | ALLOT | 1,437.69 |
| 06/30/2025 | ALLOT | 1,437.69 |
| 06/20/2025 | APPLE FCU/VA TAX REFUND | 3,895.00 |
| 06/16/2025 | ALLOT | 1,437.69 |

| CLAIM | CREDITOR NAME | DISB | CLASS PAY% | LAST DISB INT.RATE | FIX PAY ARREARS | ORG CLAIM INT BEGIN | APPROVED TO BE PAID | PRIN PAID INT PAID |
|---|---|---|---|---|---|---|---|---|
| 001 | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | 03/2025 | 0.00 0.00 | 31,967.88 | 31,967.88 31,967.88 | 31,967.88 0.00 |
| 001 | INTERNAL REVENUE SERVICE | PRO | UNS 100.00 | 09/2025 | 0.00 0.00 | 516.30 | 516.30 516.30 | 159.8 0.00 |
| 002 | MARK K. AMES, ESQUIRE | PRO | PRI 100.00 | 03/2025 | 0.00 0.00 | 9,349.00 | 9,349.00 9,349.00 | 9,349.00 0.00 |
| 003 | DOVER FCU | PRO | SEC 100.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 |
| 004 | JOHN AND LINDA CHANDLER | PRO | SEC 100.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 |
| 005 | WELLS FARGO BANK | FIX | SEC 100.00 | 09/2025 | 1,539.75 1,539.75 | 92,385.02 | 92,385.02 92,385.02 | 43,113.00 0.00 |
| 006 | WESTLAKE FINANCIAL SERVICES | PRO | SEC 100.00 | | 0.00 0.00 | 12,682.52 | 0.00 0.00 | 0.00 0.00 |
| 007 | AFFIRM, INC. *CROSS RIVER BANK* | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 |
| 008 | DIVIDEND FINANCE,LLC | PRO | UNS 100.00 | 09/2025 | 0.00 0.00 | 20,328.55 | 20,328.55 20,328.55 | 6,283.3 0.00 |
| 009 | JPMORGAN CHASE BANK, N.A. | PRO | UNS 100.00 | 09/2025 | 0.00 0.00 | 4,665.25 | 4,665.25 4,665.25 | 1,441.9 0.00 |
| 010 | NAVY FEDERAL CREDIT UNION | PRO | UNS 100.00 | 09/2025 | 0.00 0.00 | 6,996.18 | 6,996.18 6,996.18 | 2,162.4 0.00 |
| 011 | USAA FEDERAL SAVINGS BANK | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 012 | WELLS FARGO BANK NA | PRO | UNS 100.00 | 09/2025 | 0.00 0.00 | 3,240.81 | 3,240.81 3,240.81 | 1,001.70 0.00 |
| 013 | NAVY FEDERAL CREDIT UNION | PRO | SEC 100.00 | | 0.00 0.00 | 77,611.37 | 0.00 0.00 | 0.00 0.00 |
| 799 | JOSEPH M. GOLDBERG *SEE NOTES* | PRO | ATY 100.00 | 12/2024 | 0.00 0.00 | 5,187.50 | 6,027.50 6,027.50 | 6,027.50 0.00 |
| 799A | DANIEL M. PRESS, ESQUIRE | PRO | ATY 100.00 | | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | | 7,728.09 | 7,728.09 |
| | | | TOTALS | | 1,539.75 1,539.75 | 174,636.49 | 183,204.58 183,204.58 | 109,234.7 0.00 |

| | ADMIN | ATTY | SECURED | PRIORITY | UNSEC. | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 6,027.50 | 92,385.02 | 41,316.88 | 35,747.09 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 6,027.50 | 43,113.00 | 41,316.88 | 11,049.24 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 49,272.02 | 0.00 | 24,697.85 | 0.00 | DUE CREDITORS: | 73,969.87 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 6,323.02 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10,037.12 |
| BALANCE DUE: | 0.00 | 0.00 | 49,272.02 | 0.00 | 24,697.85 | 0.00 | APPROX BALANCE: | 70,255.77 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. No disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

The data displayed on this website is provided to Epiq by trustee clients of Epiq. This website is not a replacement for PACER. It is the user's sole responsibilty to verify data for accuracy.

Figures provided on this website should not be relied upon for use in court filings. Epiq and Chapter 13 Trustee clients assume no responsibility for the accuracy or completeness of data displayed on this website, including, but not limited to basic case, claim, disbursement or other information provided herein. Access to the provided information is controlled by the individual Chapter 13 Trustee.

© 2025 - Epiq - Bankruptcy Link