

Wells Fargo Home Mortgage
MAC F2302-045
1 Home Campus
Des Moines, IA 50328

September 26, 2025

THOMAS P GORMAN
CHAPTER 13 TRUSTEE 300 N WASHINGTON ST #400
ALEXANDRIA, VA 22314

Subject: CANDACE MURRAY-PERRY and OTIS PERRY
Mortgage account number 0541236048   Client: 936
Case number 2310735

Dear THOMAS P GORMAN:

Each year, we review escrow accounts to make sure the scheduled escrow payment covers property taxes and/or insurance premiums. Increases or decreases in annual taxes and/or insurance premiums may cause mortgage payment amounts to change.

In our recent review of the escrow account for CANDACE MURRAY-PERRY and OTIS PERRY , we determined there was an escrow overage of $6658.34. For details on how this overage was calculated, please refer to the detailed escrow review statement included with this letter.

Due to the current bankruptcy case of CANDACE MURRAY-PERRY and OTIS PERRY , a refund check for the overage and a copy of the escrow review statement are included with this letter.

As trustee, you may choose not to have these funds disbursed under the plan, though Wells Fargo does request that the funds be remitted to the debtor(s) and not returned to Wells Fargo.

If you have any questions, or need further assistance, please email us at BKTrusteeInquiry@wellsfargo.com. Thank you for your business.

Escrow Operations
Wells Fargo Home Mortgage

Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801