**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-------------------------------------------------------------X

In re:                                         :        **Chapter 13**
                                               :
**Otis Perry, Jr. and**                        :        **Case No.  23-10735-BFK**
 **Candace C Murray-Perry**                    :
         **Debtors.**                          :
                                               :
-------------------------------------------------------------X

## CONSENT MOTION FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS

NOW COME the Debtors, through counsel, and respectfully request that the Court enter an Order authorizing and directing the Trustee to turn over a mortgage escrow overpayment refund to the Debtors.  In support hereof Debtors state as follows:

1.      The confirmed Plan in this case provides for 100% payment to creditors. Payments are $3115/month for 58 months (after $8040 previously paid).  The plan provides for two mortgages to be paid directly by the Debtors, with arrears cured by the Trustee.

2.      Pursuant to the Trustee's interim report, the Debtors have paid $138,999.03 into the plan (Exhibit A).   That is well ahead of schedule – they are currently due to have paid only $107,720.

3.      Included in that total paid is a check for $7,695.57 from Debtors' mortgage lender, refunding an escrow overpayment (Exhibit B).   That overpayment came from Debtors' post-petition earnings (through larger than required mortgage payments), and should have been refunded directly to Debtors.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

4.      Even without that payment, Debtors are over $20,000 ahead of schedule on their plan payments to the Trustee.

5.      Debtors have the need for the money to purchase a vehicle without a loan (or with a loan within the limits of the Plan requirements).  One of Debtors' vehicles has become inoperable and requires repairs in excess of the car's value.

6.      As such, not only are Debtors entitled to have this money refunded, they have a particular need for it at this time.

7.      By his signature on the Consent Order filed and uploaded concurrently herewith, the Trustee consents to the relief requested herein.

WHEREFORE, Debtors respectfully request that the Trustee be directed to turn over the $7,695.57 escrow overpayment refund to the Debtors.

Dated: April 27, 2026

  /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

2

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of April, 2026, I caused to be served the foregoing Motion on the Chapter 13 Trustee and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press