**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Otis Perry, Jr. and** | : | **Case No.  23-10735-BFK** |
| **Candace C Murray-Perry** | : | |
| **Debtors.** | : | |
| | : | |

-------------------------------------------------------------X

### CONSENT ORDER FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS

Upon consideration of the Debtors' Motion for an Order authorizing and directing the

Trustee to turn over a mortgage escrow overpayment refund to the Debtors, and the

consent of the Trustee thereto, it is hereby ORDERED that the Trustee shall turn over the

$7,695.57  escrow overpayment refund to the Debtors.

This Order does not impact or effect Debtors' responsibilities under their

confirmed 100% Chapter 13 plan,

I ASK FOR THIS:


 _/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtors


SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman _____
Trustee

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

2

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                              __/s/Daniel M. Press____
                              Daniel M. Press

Copies by CM/ECF only to:

Counsel for Debtors
Chapter 13 Trustee