**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
------------------------------------------------------------X
In re:                                          :        Chapter 13
                                                :
Otis Perry, Jr. and                             :        Case No.  23-10735-BFK
 Candace C Murray-Perry                         :
              Debtors.                          :
                                                :
------------------------------------------------------------X
```

### APPLICATION FOR COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Notice is hereby given that Daniel M. Press has filed an application for allowance of compensation as counsel for Debtors from 12/15/24 through April 27, 2026.
The application requests approval of compensation for professional services rendered in connection with this case. Counsel seeks total compensation for services in the amount of $1500, to be paid by the Chapter 13 Trustee
**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
If you oppose the Application, or if you want the Court to consider your views on the Application, you or your attorney **must**:
• **ON OR BEFORE May 19, 2026** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before May 19, 2026, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before May 19, 2026
• **As this matter is on the Negative Notice List, a hearing will be scheduled if an objection is timely filed.**
• Provide a copy of any written response to counsel for the Debtor at:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Application and may enter an order granting the Application.

Daniel M. Press applies for approval and payment of compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $1500.00,

1. The period covered by this application is from December 15, 2024, through April 27, 2026

2. Fees in the amount of $9150 (to prior counsel - $0.00 to current counsel) having previously been paid by the debtor(s) or approved for payment through the plan.

3. The attorneys and paralegals who provided services for which compensation is requested are as follows:

Name of Attorney / Attorney ? (y/n) / Years in Practice / Hourly Rate / Hours / Total Fees or Paralegal

| Name of Attorney or Paralegal | Attorney ? (y/n) | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
| Daniel Press | Y | 37 | $495 | 3.7 | $1500 |

 4. A summary of the services for which compensation is requested is as follows:

| | |
|---|---|
| Description of Services Rendered | General advice and case administration |
| Date of Service | 12/24-4/26 |
| Attorney hours | 1.6 |
| Paralegal hours | 0.0 |
| Total fees | Reduced to $750 |

| | |
|---|---|
| Description of Services Rendered | Stay Relief |
| Date of Service | 6/18-30/25 |
| Attorney hours | 0.6 |
| Paralegal hours | 0.0 |
| Total fees | Reduced to $250 |

2

| | |
|---|---|
| Description of Services Rendered | Escrow turnover |
| Date of Service | 10/27-11/5/25, 4/23-4/26 |
| Attorney hours | 1.5 |
| Paralegal hours | 0.0 |
| Total fees | Reduced to $500 |

5. Fees and costs in the amount of $331.50 (plus preparation of this application) have been written off in the exercise of billing discretion

6. Charges **have not** been included for preparation and noticing of the fee application and any court appearances related to the application. (If included, the amount requested is $0.00  (0,3 hr. included in Exhibit A but written off).

7. Detailed time records and records of actual and necessary expenses are attached as Exhibit A.

Dated: April 28, 2026.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

3

DECLARATION UNDER PENALTY OF PERJURY

I, Daniel M. Press, a member of the bar of this Court, declare under penalty of perjury that the statements in the foregoing Application and attached statements of services rendered are true and correct, and that the items listed on the attached statements were services actually and necessarily rendered and expenses actually and necessarily incurred. No understanding or agreement exists between this law firm and any other person for a sharing of compensation received or to be received in connection with this case.  No previous application for the relief requested herein has been submitted to this or any other court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2026.


 _/s/ Daniel M. Press_____
Daniel M. Press

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 28th day of April, 2026, I caused the foregoing document to be served by CM/ECF on the US Trustee and all persons requesting notice by CM/ECF, on all other creditors and parties in interest to the addresses on the attached matrix, and on the Debtors by first class mail to their address of record.


 _/s/ Daniel M. Press_____
Daniel M. Press

4