Exhibit A

| | | |
|---|---|---|
| 12/15/24 | Prepare and file entry of appearance; email clients re same. | 0.2 |
| 12/31/24 | Email from Trustee re fees of prior counsel; review file and Respond to Trustee | 0.3 |
| 4/19/25 | Email correspondence with client re potential car replacement. | 0.2 |
| 6/6/25 | Email correspondence with client re tax returns, refunds; review File and advise re same.  Forward returns to trustee. | 0.3 |
| 6/18/25 | Review motion for relief from stay; email client, Kezman, re same. | 0.2 |
| 06/25/25 | Email corresp. w/ Kezman re consent order re stay. | 0.3 |
| 6/30/25 | Email corresp. w/ Kezman re consent order. | 0.1 |
| 09/15/25 | Review mortgage payment change notice; email client. | 0.1 |
| 10/27/25 | Email correspondence w/ Trustee re mortgage escrow overpayment, need for turnover motion. | 0.1 |
| 10/31/25 | Email correspondence w/ clients re government shutdown, escrow Refund. | 0.2 |
| 11/3/25 | Prepare draft consent motion to turnover escrow refund; email Trustee | 0.5 |
| 11/4/25 | Email from Trustee; finalize and file turnover motion. | 0.2 |
| 11/5/25 | Review turnover order; email client. | 0.1 |
| 11/30/25 | Email correspondence re replacement vehicle. | 0.2 |
| 1/13/26 | Review notice of mortgage payment change; email client. | 0.1 |
| 3/10/26 | Email correspondence re trustee approval letter for car, need for Motion | 0.1 |
| 4/24/26 | Email correspondence w/ Trustee re mortgage escrow overpayment, draft turnover motion. | 0.3 |
| 4/27/26 | Email correspondence with Trustee re turnover motion; revise and | |

|          | file same.               | 0.2        |
| 4/24/25  | Prepare fee application. | 0.3 (0.0)  |

Total         3.7 hours
              $1831.50

Discount: $331.50
Net: $1500.00