UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| IN RE: | CASE NO: 23-10735 |
|---|---|
| Otis Perry Jr<br>Candace Murray-Perry | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 55 |

On 4/28/2026, I did cause a copy of the following documents, described below,

Application for Compensation for Attorney for Debtor ECF Docket Reference No. 55

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026

/s/ Daniel M. Press
Daniel M. Press  37123

Chung & Press, P.C.
6718 Whittier Ave
McLean, VA 22101
703-734-3800
dpress@chung-press.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

IN RE:

Otis Perry Jr
Candace Murray-Perry

CASE NO: 23-10735

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 55

On 4/28/2026, a copy of the following documents, described below,

Application for Compensation for Attorney for Debtor ECF Docket Reference No. 55

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave
McLean, VA  22101

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
04221
CASE 23-10735-BFK
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA
TUE APR 28 10-04-07 EDT 2026

ALLY BANK CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)DIVIDEND FINANCE LLC
ATTN CO WEINSTEIN  RILEY P S
1415 WESTERN AVE
SUITE 700
SEATTLE WA 98101-2051

NAVY FEDERAL CREDIT UNION
CO ANASTASIA KEZMAN ESQ
DEBORAH KIRKPATRICK PC
PO BOX 10275
VIRGINIA BEACH VA 23450-0275

COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXAT
DEPARTMENT OF TAXATION
PO BOX 2156
RICHMOND VA 23218-2156

(P)CROSS RIVER BANK
2115 LINWOOD AVENUE
FORT LEE NJ 07024-5041

CROSS RIVER BANK
CO AFFIRM INC
30 ISABELLA ST FL 4
PITTSBURGH PA 15212-5862

DIVIDEND FINANCE LLC
PO BOX 847199
SUITE D
LOS ANGELES CA 90084-7199

(P)DOVER FEDERAL CREDIT UNION
1075 SILVER LAKE BLVD
DOVER DE 19904-2411

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ SCHNEID
CRANE  PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LAW OFFICE OF SAMUEL WHITE PC
448 VIKING DR SUITE 350
VIRGINIA BEACH VA 23452-7397

MARRIOTT BONVOY
CARDMEMBER SERVICE
PO BOX 1423
COLUMBIA SC 29202-1423

NAVY FEDERAL
P O BOX 3500
MERRIFIELD VA 22119-3500

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

USAA
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570

VIRGINIA DEPT OF TAXATION
P O BOX 2369
RICHMOND VA 23218-2369

WELLS FARGO BANK  LUNA
PO BOX 71118
CHARLOTTE NC 28272-1118

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSING
MAC N9286-01Y
PO BOX 1629
MINNEAPOLIS MN 55440-1629

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WELLS FARGO HOME MORTGAGE
P O BOX 105647
ATLANTA GA 30348-5647

WESTLAKE  CO PERITUS PORTFOLIO SERVICES II
PO BOX 141419
IRVING TX 75014-1419

WESTLAKE FINANCIAL SERVICES
ATTN BANKRUPTCY
P O BOX 76809
LOS ANGELES CA 90076-0809

**OTIS PERRY JR.**
**5123 CANNON BLUFF DR**
**WOODBRIDGE, VA 22192-5742**

**CANDACE C MURRAY-PERRY**
**5123 CANNON BLUFF DR**
**WOODBRIDGE, VA 22192-5742**