**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

```
-------------------------------------------------------------X
In re:                                    :      Chapter 13
                                          :
Otis Perry, Jr. and                       :      Case No.  23-10735-BFK
 Candace C Murray-Perry                   :
         Debtors.                         :
                                          :
-------------------------------------------------------------X
```

### CONSENT ORDER FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS

Upon consideration of the Debtors' Motion for an Order authorizing and directing the

Trustee to turn over a mortgage escrow overpayment refund to the Debtors, and the

consent of the Trustee thereto, it is hereby ORDERED that the Trustee shall turn over the

$7,695.57  escrow overpayment refund to the Debtors.

This Order does not impact or effect Debtors' responsibilities under their

confirmed 100% Chapter 13 plan.

Dated: Apr 28 2026                         /s/ Brian F Kenney
_____                          _____
                                          Judge, U.S. Bankruptcy Court

Entered on Docket:   Apr 29 2026
                    _____

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

I ASK FOR THIS:


 _/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtors


SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman _____
Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant
to Local Rule 9022-1(C).


                                   __/s/Daniel M. Press____
                                   Daniel M. Press

Copies by CM/ECF only to:

Counsel for Debtors
Chapter 13 Trustee


2