**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **Otis Perry, Jr. and** | : | **Case No.  23-10735-BFK** |
| **Candace C Murray-Perry** | : | |
| **Debtors.** | : | |
| | : | |

---------------------------------------------------------------X

### CONSENT ORDER FOR TRUSTEE TO DISBURSE ESCROW REIMBURSEMENT TO DEBTORS

Upon consideration of the Debtors' Motion for an Order authorizing and directing the

Trustee to turn over a mortgage escrow overpayment refund to the Debtors, and the

consent of the Trustee thereto, it is hereby ORDERED that the Trustee shall turn over the

$7,695.57  escrow overpayment refund to the Debtors.

This Order does not impact or effect Debtors' responsibilities under their

confirmed 100% Chapter 13 plan.

Dated: Apr 28 2026

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket:   Apr 29 2026

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

I ASK FOR THIS:


_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtors


SEEN AND NO OBJECTION:

/s/ Thomas P. Gorman ____
Trustee



Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant
to Local Rule 9022-1(C).

                            __/s/Daniel M. Press___
                            Daniel M. Press

Copies by CM/ECF only to:

Counsel for Debtors
Chapter 13 Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 23-10735-BFK

Otis Perry, Jr.                                                                           Chapter 13

Candace C Murray-Perry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9                         User: SarahMelv                                   Page 1 of 2

Date Rcvd: Apr 29, 2026                      Form ID: pdford9                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        +  Otis Perry, Jr., Candace C Murray-Perry, 5123 Cannon Bluff Dr, Woodbridge, VA 22192-5742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anastasia P. Kezman | on behalf of Creditor Navy Federal Credit Union anastasiak9@icloud.com |
| D. Carol Sasser | on behalf of Creditor WELLS FARGO BANK  N.A. dsasser@siwpc.com, ewhite@siwpc.com;kgershen@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel M. Press | on behalf of Joint Debtor Candace C Murray-Perry dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Debtor Otis Perry  Jr. dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

District/off: 0422-9                                User: SarahMelv                                Page 2 of 2
Date Rcvd: Apr 29, 2026                             Form ID: pdford9                               Total Noticed: 1

Thomas P. Gorman

      ch13alex@gmail.com  tgorman26@gmail.com

TOTAL: 6