**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
------------------------------------------------------------------X
In re:                                        :        Chapter 13
                                              :
Otis Perry, Jr. and                           :        Case No.  23-10735-BFK
 Candace C Murray-Perry                        :
             Debtors.                          :
                                              :
------------------------------------------------------------------X
```

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

                                   /s/ Daniel M. Press
                                  Daniel M. Press, VSB 37123
                                  Law Offices of Daniel M. Press
                                  201 Washington St.
                                  Cumberland MD 21502
                                  (703) 725-7600
                                  dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

    This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.


         /s/ Daniel M. Press_____
        Daniel M. Press